

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2013

No. 04-13-00439-CV

Rodolfo Rivera **MUNOZ**,
Appellant

v.

**THE CITY OF BALCONES HEIGHTS**, The City of San Antonio, and The State of Texas,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01985
Honorable Peter A. Sakai, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellees The City of Balcones Heights, The City of San Antonio, and The State of Texas recover their costs of this appeal, if any, from appellant Rodolfo Rivera Munoz.

It is so **ORDERED** on November 20, 2013.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2013.

Keith E. Hottle, Clerk